IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TINA EMERSON                                                                                    PLAINTIFF
ADC #710724

V.                                          NO: 5:12CV00449 SWW/HDY

RAY HOBBS *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT Plaintiff's motion for an injunction (docket entry #2) is DENIED.

DATED this 7th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's statements in her objections [doc.#11] to the recommended denial of her motion for injunction (due to legal mail delays) that she "do[es] not think I can continue" and is "exhausted" appears to relate, at least in part, to her statement that she is "bogged down with litigation up to my ears" and that she does not think she can continue without an attorney or assistance.